## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

<u>Portland</u> _____ DIVISION

<u>Courtney. L. T. Abney</u>

*(Enter full name of plaintiff)*

Plaintiff,

v.

<u>Nofziger, J</u>
<u>Colette S. peters</u>
<u>Corey Fhuoro</u>

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. <u>2:22-cv-01802-MO</u>
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☐ Yes   ☑ No

## I. PARTIES

    *List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**    Name: <u>Courtney Lamar Tamone Abney</u>

Street Address: <u>777 Stanton Blvd</u>

City, State & Zip Code: <u>Ontario, OR 97914</u>

Telephone No.: <u>N/A (541) 881-5009</u>

Complaint for Violation of Civil Rights (Prisoner Complaint)          1
[Rev. 01/2018]

Defendant No. 1     Name: NOFZiger, J (Hearings officer)
                    Street Address: 2605 State St, NE / OSP
                    City, State & Zip Code: Salem, OR. 97310-0505
                    Telephone No.: (503) 378-2453

Defendant No. 2     Name: Colette S. Peters (Director)
                    Street Address: 2575 Center Street NE/ODOC
                    City, State & Zip Code: Salem, OR. 97301
                    Telephone No.: _____

Defendant No. 3     Name: Corey Fhuare (Superintendent)
                    Street Address: 2605 State St, NE / OSP
                    City, State & Zip Code: Salem, OR. 97310-0505
                    Telephone No.: (503) 378-2453

Defendant No. 4     Name: _____
                    Street Address: _____
                    City, State & Zip Code: _____
                    Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

2

B.  What federal constitutional, statutory, or treaty right(s) is/are at issue?

8ᵗʰ Amendment    14ᵗʰ Amendment    1ˢᵗ Amendment

Sandin V. Conner — Procodurial Due process, Due process

1ˢᵗ Amendent (chilling effects)

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

In my previous incarceration. I was sentenced to serve 30 months ODOC, with the two conviction to be ran "concurrent", also: granting 135 Days credit for time served in which were obstructed and injusticely withheld and deniated." Even after establishing the court order also exhusting Administriatiue Riamedys (Pira) as well as local Divison fluesheets to support Claims, Grieurnces, and Tort Claims, OTSC, agreeing but carelessly disragarding.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*


After establishing the reduction of order, by the court granting credit for time served

with a set date from 10.25.2019. to the modified 7.31.2019 with 'Correction' of Credit for time served, Concurrent and Calculated. Thus, the mishaps cause me to be forced to live in Anguish, discomfort 24 hours a day for 120 days. Also, During the un-retractable Term of a final view 6 and 4 month review to end all computation of release date.

## Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Thof Ziger J. was the hearing officer who took the credit for time serve days. The other two defendent(s) are ODOC director & Corey Fhuere is the Superintendent of Oregon state penitentiary whom will best be the renter vie superior for Question of Staff location, duty and romodel mover or 2nd in command.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all
administrative appeals available to me.

☑ Yes          ☐ No

## V. · RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of
monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

In Justice to all the pain and suffer-
ing underwent and caused by the obstruction
am seeking Out of court arbitration for
Compensation in the order sum of ——
198,000. If not tooken seriously will
be as a Conditional method. Will seek
In court 10 times the amount if not
resolved with in reasonible timing.
Requesting Jury Trial Fast & Speedly.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___10___ day of ___4_____, 20__22__

_(Signature of Plaintiff)_

## CERTIFICATE OF SERVICE

**CASE NAME:** _Abney_ _____ v. _Fhelere et.al_ _____

**CASE NUMBER:** (if known) _N/A_ _____

COMES NOW, _Courtney Abney_ , and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at _SRCI 777_
_Stanton Blvd Ontario, OR 97914_ .

That on the _10_ day of _19_ , 20 _22_ , I personally placed in the
Correctional Institution's mailing service A TRUE COPY of the following:

_Yes_
_____

_____

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s)
named at the places addressed below:

_e file_
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____
(Signature)

Print Name _Courtney Abney_
S.I.D. No.: _18214282_
_____

_____

_____

Page 1 of 1 –Certificate of Service                    Form 03.015



**Department of Administrative Services**
Enterprise Goods & Services
Risk Management
PO Box 12009
Salem, OR 97309-0009
Telephone: 503-373-7475
Fax: 503-373-7337

April 1, 2022

COURTNEY ABNEY
SID #18214282
SRCI
777 STANTON BLVD
ONTARIO OREGON 97914

| | |
|---|---|
| Claim Number: | L18176501 |
| Date of Loss: | 6/27/2019 |
| Re: | Acknowledgement |

Dear Courtney Abney,

We received your notice of claim and it was referred to the Custody Claims Unit for handling.

We are currently conducting a review through the Oregon Department of Corrections (ODOC). We will contact you via regular mail when it is complete.

We do not waive any defenses or immunities available to the State of Oregon by responding to your claim letter.

Please direct your correspondence to the address above. Be sure to include our claim number.

Respectfully,
Custody Claims Unit



# Oregon Department of Corrections (ODOC)
## Oregon State Penitentiary
## Returned Grievance Form

**To:** Abney, Courtney          **SID #:** 18214282          **Cell:** OSP:DS-325
**From:** Kidwell, A             **Date:** ~~08/15/2019~~

**Re:** Non-Medical# OSP_2019_07_086

SENT

AUG 2 0 2019

OSP INMATE OFFICE

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

Grievance submitted over the 30 day deadline to file. See the following:

**291-109-0150**
**How and When a Grievance is Filed**
 (2) To obtain a grievance review, the functional unit grievance coordinator must receive an inmate's grievance within 30 calendar days of the date of the incident giving rise to the grievance.

In addition, you cannot grieve a misconduct report. See the following:

**291-109-0140**
**Grievance Review System**
 (3) An inmate cannot grieve the following:
(e) Misconduct reports, investigations leading to or arising from misconduct reports, or disciplinary hearings, findings and sanctions;


A grievance that has been returned to the inmate by the grievance coordinator for procedural reason cannot be appealed. The inmate may elect to resubmit the grievance to the grievance coordinator within 14 calendar days from the date the grievance was sent back to the inmate if the procedural errors can be corrected. **IF THE GRIEVANCE IS RESUBMITTED WITH CORRECTIONS, PROVIDE THIS FORM WITH THE GRIEVANCE**

If you have any questions regarding grievances, please refer to the Department of Corrections Administrative Rule "Inmate Communication and Grievance Review System" tab #109 located in the Legal Library.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Grievance # OSP-2019-07-086

*Staff Use Only*

# GRIEVANCE FORM

Inmate: __Haney__    __Courtney__    __L.T__    __18214282__    __DSU 128__
Last          First          Initial          SID#          Cell/Block/Bunk #

Reason for grievance: (check all that apply)

- ☐ Misapplication of any administrative directive or operational procedure
- ☐ The lack of an administrative directive or operational procedure
- ☑ Any unprofessional behavior or action which may be directed toward an inmate by an employee, contractor, or volunteer of the Oregon Department of Corrections or the Oregon Corrections Enterprises
- ☑ Any oversight or error affecting an inmate
- ☐ A program failure as defined in the DOC rule on Performance Recognition and Award System (Inmate), OAR 291-077-0020, unless the program failure is a direct result of a misconduct report where the inmate was found in violation
- ☐ The loss or destruction of property as designated in the DOC rule on Personal Property (Inmate), OAR 291-117-0130(3)
- ☐ Sexual contact, solicitation or coercion between an employee, volunteer or contractor and an inmate

Please provide the date/time of incident giving rise to grievance: __6.27.19 / 8:13 AM__

List in detail all the reasons for your grievance. Use multiple grievance forms if necessary. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Due Process of law Clauses: Eighth Amendment protect undar cruily unusual punishy

In this statute of Sandin v Conner Introduces protection against reckless implication of good time retraction of of by prison official as of; OIC, hearing officer, superintendant or st.c... States". Court since sandin have continue to hold that deprivation of good time requires due process protections where the relevant statues or regulations sufficiently limit prison officials discretion in taking good time. . . . my complaint is that on the date of 6 23 19 in the ruling of 120-40 upward divition 28 Days isp 2 w & far 92 Days Earn Time and these were sanction order of a purgatory Assult in the 1st degree that resorted in a 2 on 1 disadvantage, as written in the miss conduct report reviewed by the OIC are of Jaundice (prejudice unfavoring) discrimination and an act of imperil Judgement in punishment stipulation and should be overturn and or over ruled Case # 190605P0116OSP26

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

For modification of sanction order on 6 27 19 / 8:13AM case# 19060SP0116OSP26 and reprieved of at least ¼ to ⅓ of my already due processed earn time from work programming good conduct Court Awarded (T3) etc... thank yous sincerely and will follow to clear conduct futher more please consider with mercy.

__7.18.19__
Date

Inmate Signature _Courtney Haney_

**DENIED**

**AUG 15 2019**

OSP/MCCF GRIEVANCE OFFICE

Distribution:
White (Original grievance form)
Yellow (Grievance file copy)
Pink (Inmate receipt after processed)
Goldenrod (Inmate copy)

*For grievance information see back page*

| Receiving Facility (if not processing facility) | Received at Processing Facility |
|---|---|
| | **RECEIVED** |
| | **JUL 30 2019** |
| | OSP/MCCF GRIEVANCE OFFICE |
| Date Stamp | Date Stamp |

CD 117 (11/14)



# Oregon Department of Corrections (ODOC)
## Oregon State Penitentiary
### Returned Grievance Form

**To:** Abney, Courtney    **SID #:** 18214282    **Cell:** OSP:DS-325
**From:** Kidwell, A    **Date:** 09/16/2019

**Re:** Non-Medical# OSP_2019_08_051

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

Over 30 day dealine to file grievance.

**291-109-0150**
**How and When a Grievance is Filed**
(2) To obtain a grievance review, the functional unit grievance coordinator must receive an inmate's grievance within 30 calendar days of the date of the incident giving rise to the grievance.

**291-109-0140**
**Grievance Review System**
(3) An inmate cannot grieve the following:
(e) Misconduct reports, investigations leading to or arising from misconduct reports, or disciplinary hearings, **findings and sanctions;**

Lastly seperate review for hearing findings:

**291-105-0085 -** PROHIBITED INMATE CONDUCT AND PROCESSING DISCIPLINARY ACTION
**Administrative Review**
(3) An inmate may file a petition for administrative review by completing the Department's Petition for Administrative Review form (CD 1442) and submitting it to the Inspector General. Petitions for administrative review shall minimally state the following:

A grievance that has been returned to the inmate by the grievance coordinator for procedural reason cannot be appealed. The inmate may elect to resubmit the grievance to the grievance coordinator within 14 calendar days from the date the grievance was sent back to the inmate if the procedural errors can be corrected. **IF THE GRIEVANCE IS RESUBMITTED WITH CORRECTIONS, PROVIDE THIS FORM WITH THE GRIEVANCE**

If you have any questions regarding grievances, please refer to the Department of Corrections Administrative Rule "Inmate Communication and Grievance Review System" tab #109 located in the Legal Library.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

*Grievance #* OSP_2019-08-051
*Staff Use Only*

## GRIEVANCE FORM

Inmate: Abney     Courtney     L.T     18214282     DSU 325
　　　　Last　　　　First　　　　Initial　　　SID#　　Cell/Block/Bunk #

Reason for grievance: (check all that apply)

☐ Misapplication of any administrative directive or operational procedure
☐ The lack of an administrative directive or operational procedure
☑ Any unprofessional behavior or action which may be directed toward an inmate by an employee, contractor, or volunteer of the Oregon Department of Corrections or the Oregon Corrections Enterprises
☐ Any oversight or error affecting an inmate
☐ A program failure as defined in the DOC rule on Performance Recognition and Award System (Inmate), OAR 291-077-0020, unless the program failure is a direct result of a misconduct report where the inmate was found in violation
☐ The loss or destruction of property as designated in the DOC rule on Personal Property (Inmate), OAR 291-117-0130(3)
☐ Sexual contact, solicitation or coercion between an employee, volunteer or contractor and an inmate

Please provide the date/time of incident giving rise to grievance: _____

List in detail all the reasons for your grievance. Use multiple grievance forms if necessary. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

In the Statue of Sandin V. Conner Introduces protection against reckless Implication of (illegible) earn Time retraction of or by prison officials; states, "Court since sandin have continue to hold that deprivation of goodtime requires due process protections where the relevant statues or regulations sufficiently limit prison officials discreation in taking good time." My complaint is that on Date of (6-23-19) in the ruling of 120-60 up ward diviotion 28 Days top 200 $ fine 92 Days earn time deprivation And those were sanctions order of a purgatory Assult 1 that resort Into a 2end disaduantage Case# 19010 osp o11c osp 2le as written in the miss conduct report reviewed by the OIC are of Jaundice (prejudice Unfavoring) discrimination and a Impairil Judgement of punishment and Should be over ruled + over turned to re conicale AD Judicatives more humanely, please Consider."

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

The modification of sanctions orderd of 92 day retraction of earn time and reprive or reemand 20 to 30 days on a Suspension of a veiw to clear conduct for the time reprehensive to (illegible) recommendation please and thank for consideration.

8.16.19
Date

Inmate Signature

**DENIED**

**SEP 18 2019**

OSP/MCCF GRIEVANCE OFFICE

Distribution:
White (Original grievance form)
Yellow (Grievance file copy)
Pink (Inmate receipt after processed)
Goldenrod (Inmate copy)

*For grievance information see back page*

Receiving Facility
(if not processing facility)

Date Stamp

Received at Processing Facility
**RECEIVED**
**AUG 27 2019**
OSP/MCCF GRIEVANCE OFFICE

Date Stamp

CD 117 (11/14)

*Grievance #* OSP - 2019 - 07 - 036
*Staff Use Only*

# GRIEVANCE FORM

Inmate: Abney          Courtney          L.T          1827282          DSU 128
          Last             First            Initial        SID#          Cell/Block/Bunk #

Reason for grievance: (check all that apply)

☑ Misapplication of any administrative directive or operational procedure

☑ The lack of an administrative directive or operational procedure

☐ Any unprofessional behavior or action which may be directed toward an inmate by an employee, contractor, or volunteer of the Oregon Department of Corrections or the Oregon Corrections Enterprises

☐ Any oversight or error affecting an inmate

☐ A program failure as defined in the DOC rule on Performance Recognition and Award System (Inmate), OAR 291-077-0020, unless the program failure is a direct result of a misconduct report where the inmate was found in violation

☐ The loss or destruction of property as designated in the DOC rule on Personal Property (Inmate), OAR 291-117-0130(3)

☐ Sexual contact, solicitation or coercion between an employee, volunteer or contractor and an inmate

Please provide the date/time of incident giving rise to grievance: 6.17.19

List in detail all the reasons for your grievance. Use multiple grievance forms if necessary. (What is the problem? When did it happen? – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

in #RCase #16cr55829 + 17cr05940 Sentencing guideline Statues 30 month(s) with credit for time Served, 5.18.19 I was boarded at coffee creek with a firm date of 10.27.19 which is 30 month(s) Im to recieve 131 days of CTS credit for time served which would could concludes my firm date to be 6.17.19 as of right now Im being unlawfully incarserated and this is obstrution of Justice and if not resolve in a orderly fashion I will seek legal Assistance

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I would like for Jackson county sheriff office reaching the locating of my order for CTS credit for time served god be emaild to ODOC records office and to be release from prison admediately and or X$ amount will be sought in court.

7.8.19                                                                    Cur tt 4
Date                                                                  Inmate Signature

Distribution:
White (Original grievance form)
Yellow (Grievance file copy)
Pink (Inmate receipt after processed)
Goldenrod (Inmate copy)

*For grievance information see back page*

| Receiving Facility<br>(if not processing facility) | Received at Processing Facility |
|---|---|
| | **RECEIVED**<br><br>**JUL 09 2019**<br><br>OSP/MCCF GRIEVANCE OFFICE |
| Date Stamp | Date Stamp |

CD 117 (11/14)

## GRIEVANCE RESPONSE FORM

**TO BE FILLED OUT BY STAFF**                                    Grievance # OSP-2019-07-036

TO:_____Abney, Courtney Tamone Lamar_____18214282_____
      Inmate Name                     SID #

FROM:___Shelly Paddock, Prison Term Analyst_____
             Staff Member

1. List, in detail, action(s) taken. (What action was taken? Was the action what the inmate requested? If not, why? Who took the action? When was the action taken – date/time?)

"The order documents of credit for time served" are the Judgments, which I sent to you on July 3, 2019. I have included additional copies with this response. Both of these judgments grant credit for time served.

These dates are:

Credit for Time Served, Case #16CR55829, Count 01

04-27-17 to 05-18-17 = 21

Credit for Time Served, Case #17CR05940, Count 03

01-29-17 to 05-18-17 = 109

However, it is the Oregon Department of Corrections (ODOC) authority under Oregon Revised Statute (ORS) 137.320(3) to calculate an Adult in Custody's sentence, and ODOC must do so in accordance with ORS 137.370. While the court may have stated, "Defendant may receive credit for time served", the responsibility to calculate and apply the eligible credit for time served remains with ODOC, not the court.

**Do Not Type Past This Line**

Date: 8/1/19

Signature of Staff Member

Signature of Supervisor (Print/Sign)

Sent from processing facility
**SENT**
**AUG 02 2019**
OSP/MCCF GRIEVANCE OFFICE

Date Stamp

Sent to inmate from current facility (if not processing facility)

Date Stamp

Distribution:
White (Original grievance response form)
Yellow (Grievance file copy)
Pink (Inmate receipt after processed)

CD 117b (11/14)



STATE OF OREGON                                          INTEROFFICE MEMO
DEPARTMENT OF CORRECTIONS

**DATE:** May 5, 2022

**TO:**     Courtney Abney – SID #18214282      │ **IMA34** │
            Snake River Correctional Institution

**FROM:**   Frank Serrano, Acting Supervising Executive Assistant / LIQ
            Administration

**SUBJECT:**  **Public Records Request**

In accordance with ORS 192.324(2), this acknowledges receipt of your May 4, 2022, request for
the following records:

- Copies of grievances:
    1. OSP_2019_07_036
    2. OSP_2019_07_086
    3. OSP_2019_08_051

Having reviewed your request, we are able to inform you:

- Copies of all requested records within the possession or custody of the Department of
  Corrections are enclosed.

Attachment(s):        OSP_2019_07_036
                      OSP_2019_07_086
                      OSP_2019_08_051

Cc:     File

*State of Oregon vs COURTNEY TAMONE LAMAR ABNEY, Case No. 16CR55829*

# IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF JACKSON

| | | |
|---|---|---|
| State of Oregon, | ) | |
| Plaintiff | ) | |
| | ) | Case No.: 16CR55829 |
| vs. | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| COURTNEY TAMONE LAMAR ABNEY, | ) | Case File Date: 09/06/2016 |
| Defendant | ) | District Attorney File #: 298014 |

*Printed by OJSC from eCourt*
*Date:*

## DEFENDANT

True Name: COURTNEY TAMONE LAMAR ABNEY     Sex: Male
Date Of Birth: 05/10/1991     State Identification No (SID): 18214282OR
Fingerprint Control No (FPN): JJAC216085305
Alias(es): COURTNEY ABNEY, COURTNEY LAMAR ABNEY, COURTNEY T L ABNEY

## HEARING

Proceeding Date: 04/27/2017
Judge: David G. Hoppe
Court Reporter: Welch, M.

Defendant appeared in person and was in custody. The court determined that the defendant was indigent for purposes of court-appointed counsel, and the court appointed counsel for the defendant. The defendant was represented by Attorney(s) Connor Shores, OSB Number 144337. Plaintiff appeared by and through Attorney(s) VIRGINIA M GREER, OSB Number 042984.

## COUNT(S)

It is adjudged that the defendant has been convicted on the following count(s):

### Count 1 : Bribe Giving

Count number 1, Bribe Giving, 162.015, Felony Class B, committed on or about 09/02/2016. Conviction is based upon a Guilty Plea on 04/27/2017.

**Sentencing Guidelines**

The Crime Severity Classification (CSC) on Count Number 1 is 6 and the Criminal History Classification (CHC) is A.

*State of Oregon vs COURTNEY TAMONE LAMAR ABNEY, Case No. 16CR55829*

**Incarceration**

Defendant is sentenced to the custody of Oregon Dept of Corrections, for a period of 30 month(s). Defendant is remanded to the custody of the Jackson Sheriff for transportation to the Oregon Dept of Corrections for service of this sentence. Defendant may receive credit for time served.

The Defendant may be considered by the executing or releasing authority for any form of Reduction in Sentence, Conditional or Supervised Release Program, Temporary Leave From Custody, Work Release authorized by law for which the Defendant is otherwise eligible at the time of sentencing. The Defendant may be considered for release on post-prison supervision under ORS 421.508(4) upon successful completion of an alternative incarceration program.

**Post-Prison Supervision**

The term of Post-Prison Supervision is 2 year(s). If the Defendant violates any of the conditions of post-prison supervision, the defendant shall be subject to sanctions including the possibility of additional imprisonment in accordance with the rules of the State Sentencing Guidelines Board.

## COUNTS DISPOSED WITH NO CONVICTION

Count # 2, Possession of Heroin is Dismissed.

Count # 3, Possession of Methamphetamine is Dismissed.

If convicted of a felony or a crime involving domestic violence, you may lose the right to buy, sell, transport, receive, or possess a firearm, ammunition, or other weapons in both personal and professional endeavors pursuant to ORS 166.250, ORS 166.291, ORS 166.300, and/or 18 USC 922(g).

*State of Oregon vs COURTNEY TAMONE LAMAR ABNEY, Case No. 16CR55829*

**Payment Schedule**

Payment of the fines, fees, assessments, and/or attorney's fees noted in this and any subsequent Money Award shall be scheduled by the clerk of the court pursuant to ORS 161.675.

Payable to:

**Jackson County Circuit Court**
**100 S. Oakdale Ave**
**Medford, Oregon 97501**
**P: 541-776-7171**
**F: http://courts.oregon.gov/jackson**

Dated the _____ day of _____ , 20 _____

Signed: 4/27/2017 04:08 PM

Signed: _____

David G. Hoppe                    Circuit Court Judge David G. Hoppe

*State of Oregon vs COURTNEY TAMONE LAMAR ABNEY, Case No. 17CR05940*

# IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF JACKSON

| | | |
|---|---|---|
| State of Oregon,<br>Plaintiff | )<br>)<br>) | |
| vs. | )<br>)<br>) | Case No.: 17CR05940<br><br>**JUDGMENT** |
| COURTNEY TAMONE LAMAR ABNEY,<br>Defendant | )<br>)<br>) | Case File Date: 01/30/2017<br>District Attorney File #: 302353 |

*Printed by OJSC from eCourt*
Date: 7-24-19

## DEFENDANT

True Name: COURTNEY TAMONE LAMAR ABNEY        Sex: Male
Date Of Birth: 05/10/1991        State Identification No (SID): 18214282OR
Fingerprint Control No (FPN): JJAC217006837
Alias(es): COURTNEY ABNEY, COURTNEY LAMAR ABNEY, COURTNEY T L ABNEY

## HEARING

Proceeding Date: 04/27/2017
Judge: David G. Hoppe
Court Reporter: Welch, M.

Defendant appeared in person and was in custody. The court determined that the defendant was indigent for purposes of court-appointed counsel, and the court appointed counsel for the defendant. The defendant was represented by Attorney(s) MICHAEL P BERTHOLF, OSB Number 044642. Plaintiff appeared by and through Attorney(s) VIRGINIA M GREER, OSB Number 042984.

## COUNT(S)

It is adjudged that the defendant has been convicted on the following count(s):

### Count 3 : Sexual Abuse in the Second Degree

Count number 3, Sexual Abuse in the Second Degree, 163.425, Felony Class C, committed on or about 01/27/2017. Conviction is based upon a Guilty Plea on 04/27/2017.

### Sentencing Guidelines

The Crime Severity Classification (CSC) on Count Number 3 is 6 and the Criminal History Classification (CHC) is A.

*State of Oregon vs COURTNEY TAMONE LAMAR ABNEY, Case No. 17CR05940*

## Sentence Instructions

Defendant shall:
- Comply with all conditions and procedures of accounting office regarding payment of fines, restitution and fees imposed. Abide by the financial conditions of probation document furnished to you by the court, probation officer or Department of Justice collection agent.
- Pay restitution in an amount to be determined as ordered and pursuant to ORS 137.106(b). Defense stipulates the State does not need to detail the nature and amount of economic damages at this time.

## Incarceration

Defendant is sentenced to the custody of Oregon Dept of Corrections, for a period of 30 month(s). Defendant is remanded to the custody of the Jackson Sheriff for transportation to the Oregon Dept of Corrections for service of this sentence. Defendant may receive credit for time served.

The Defendant may be considered by the executing or releasing authority for any form of Reduction in Sentence, Conditional or Supervised Release Program, Temporary Leave From Custody, Work Release authorized by law for which the Defendant is otherwise eligible at the time of sentencing. The Defendant may be considered for release on post-prison supervision under ORS 421.508(4) upon successful completion of an alternative incarceration program.

This sentence shall be concurrent with the following cases 16CR55829.

## Post-Prison Supervision

The term of Post-Prison Supervision is 2 year(s). If the Defendant violates any of the conditions of post-prison supervision, the defendant shall be subject to sanctions including the possibility of additional imprisonment in accordance with the rules of the State Sentencing Guidelines Board. The court recommends as a condition of post-prison supervision:
- The Money Judgment amounts are hereby made a part of this judgment and it is a recommendation that they be made a condition of post prison supervision.

## Statutory Provisions

Defendant is ordered to submit blood or buccal sample and thumbprint pursuant to ORS 137.076. Defendant is ordered to submit to testing for HIV and other communicable diseases pursuant to ORS 135.139. Defendant is ordered to register as a sex offender pursuant to Oregon Revised Statutes.

## COUNTS DISPOSED WITH NO CONVICTION

Count # 1, Sodomy in the First Degree is Dismissed.

*State of Oregon vs COURTNEY TAMONE LAMAR ABNEY, Case No. 17CR05940*

Count # 2, Unlawful Sexual Penetration in the First Degree is Dismissed.

Count # 4, Coercion is Dismissed.

Count # 5, Assault in the Fourth Degree is Dismissed.

If convicted of a felony or a crime involving domestic violence, you may lose the right to buy, sell, transport, receive, or possess a firearm, ammunition, or other weapons in both personal and professional endeavors pursuant to ORS 166.250, ORS 166.291, ORS 166.300, and/or 18 USC 922(g).

**Payment Schedule**

Payment of the fines, fees, assessments, and/or attorney's fees noted in this and any subsequent Money Award shall be scheduled by the clerk of the court pursuant to ORS 161.675.

Payable to:

**Jackson County Circuit Court**
**100 S. Oakdale Ave**
**Medford, Oregon 97501**
**P: 541-776-7171**
**F: http://courts.oregon.gov/jackson**

Dated the _____ day of _____, 20 _____

Signed: 4/27/2017 04:08 PM

Signed: _____

David G. Hoppe          **Circuit Court Judge David G. Hoppe**



Kate Brown, Governor



SRCI



**Oregon Department of Corrections**
Office of Communications
2575 Center Street NE
Salem, OR 97301-4667
Voice: 503-945-0930
Fax: 503-947-1034
www.oregon.gov/DOC

March 16, 2022

Courtney Abney SID# 18214282
777 Stanton Blvd.
Ontario, OR 97914

Courtney Abney:

This letter is in response to your tort notice dated March 10, 2022. It appears you are attempting to make a claim.

Pursuant to ORS 30.275(5)(a), if the claim is against the state or an officer, employee, or agent thereof, your notice must be directed to the office of the Director of the Oregon Department of Administrative Services (DAS).

We are returning your tort notice to you for proper filing with DAS Risk Management.

Contact information for DAS Risk Management is below:

    Mail:   Risk Management
            1225 Ferry St SE  U150
            Salem, OR  97301
    E-mail: risk.management@das.state.or.us
    Fax:    503-373-7337

Sincerely,

Crystal Archdeacon
Legal Coordinator

cc:    File

06/01/2020

Page: ____ of ____ (3 page limit)     Grievance # OSP-2022-02-053 _____

Official Use Only     Resubmit

## GRIEVANCE FORM

Name: Abney     Courtney     T. L     18214282     IMA 34
Last      First      Initial      SID#      Cell/Block/Bunk #

Whom are you grieving: OSP, Nofzinger, J FNU, ODOC

Please provide the date/time of incident giving rise to grievance: 6.27.2019  10.25.2019

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On 4.27.2017 I was convicted to serve a sentence of 30 months in the ODOC, stated in reference on the institution Division Facesheet Case # 16cr55829 #II cr 05940 both ran Concurrent also Granting on both a total a number of 130 day (credit for time served) 21 + 109. My Sentence date start in DOC Custody on 5.18.2017 if were to Accumulate, It establishs a max date of 11.18.2019 start to finish of 30 months, Now: With the subtraction of (credit for time served) would equate to a max date of — 7.12.2019 30 months minus 130 days (CFTS). On a 6.27.2019 hearing held by # 1906 a 116 A 26 nofziger, J fnu whom as a final Judgement retracted between 92-106 days of what was thought to've been Goodtime or earn time but was in actuality; (Credit for time served): At that hearing. It is on record of a 24 day deduction from 11.18.2019 to 10.25.2019 but because of this Clerical error of due process Caused my freedom to be deprived from 7.12.2019 to 10.25.2019 106 days of Unconstitutional detention.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

In redress of negligent deprivation and violation of due process am requesting a Cash settlement out of court payment of 137,800 dollars for 106 day unlawful detention or will seek in damages and injuries a civil complaint bond of 1.7 million dollars

2.13.2022     FEB 22 2022     [signature]
Date      SRCI/SRCM GRIEVANCE OFFICE      Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| FEB 22 2022 | RECEIVED FEB 28 2022 | DENIED FEB 28 2022 | |
| SRCI/SRCM GRIEVANCE OFFICE | OSP/MCCF GRIEVANCE OFFICE | OSP/MCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*     CD 117 (11/2019)

```
 8/04/22                  OREGON DEPARTMENT OF CORRECTIONS          PAGE: 001
 7:49:03                   In   itution Division FACESHEET          OPS532B
                                                                    BROWNCI

Location: SRCI                  SID#: 18214282

                                                      Orig Adm Date: 12/13/2012
Court/Legal Name:  ABNEY, COURTNEY TAMONE LAMAR       Curr Adm Date: 08/04/2020
True Name:         ABNEY, COURTNEY TAMONE LAMAR       Proj Rele Date: 08/08/2023
                                                      Phys Rele Date:
                                                       Maximum Date: 02/02/2024
                                                      Parole Release: 07/31/2020
                                                      Good Time Date:


                                                      SG Earned Date: 12/23/2023
Not eligible for Transitional Leave                    SG Proj Date: 08/08/2023
```

| | 02            SG | 03            SG | 08            SG | 09            SG |
|---|---|---|---|---|
| Offense (abbrev) | ********* | ********* | ********* | ********* |
| 137.635/137.700 | N/N | N/N | N/N | N/N |
| Sent Reduct/Ovrd | E-20/N | E-20/N | E-20/N | E-20/N |
| TL/AIP1/AIP2/WR | E/E/E/E | E/E/E/E | E/E/E/E | E/E/E/E |
| Sentence yy-mm-dd | 000-020-000 | 000-018-000 | 000-030-000 | 000-030-000 |
| Court docket# | 124289FE | 125833FE | 16CR55829 | 17CR05940 |
| Dockt county/count | JACK/01 | JACK/01 | JACK/01 | JACK/03 |
| Name of judge | CRAIN | GERKING | HOPPE | HOPPE |
| Date convicted | 10/04/2012 | 12/05/2012 | 04/27/2017 | 04/27/2017 |
| Date prob revoke | 03/10/2015 | | | |
| Sentence begin dt. | 03/19/2015 | 12/13/2012 | 05/18/2017 | 05/18/2017 |
| Time served credit | 00186 Y | 00010 Y | 00026 Y | 00109 Y |
| GT-ET credit/Lost | 00102 | 00071 | 00002 | 00092 |
| Inop/Merit GT | | | | |
| MAX sent date | 05/16/2016 | 06/02/2014 | 10/22/2019 | 07/31/2019 |
| SG earned date | 02/04/2016 | 03/23/2014 | 10/20/2019 | 04/30/2019 |
| Proj rele/GT date | 02/04/2016 | 03/23/2014 | 10/20/2019 | 04/30/2019 |
| Termination date | 02/04/2016 | 03/21/2014 | 10/25/2019 | 04/30/2019 |
| Termination code | POST | POST | POST | POST |
| PPS sent length | 003-000-000 | 001-000-000 | 002-000-000 | 002-000-000 |

* * * * * * * * * * * * *  C O N T I N U E D  * * * * * * * * * * * * * * * *

8/04/22
7:49:03

Case 2:22-cv-01802-MO    Document 2    Filed 11/17/22    Page 24 of 26

OREGON DEPARTMENT OF CORRECTIONS
Ir  itution Division FACESHEE'

PAGE: 002
OPS532B

ABNEY, COURTNEY TAMONE LAMAR                    SID#: 18214282

|                        | 11        SG  | 12        SG  |
|------------------------|---------------|---------------|
|                        | ********      | ********      |
| Offense (abbrev)       |               |               |
| 137.635/137.700        | N/N           | N/N           |
| Sent Reduct/Ovrd       | E-20/N        | E-20/N        |
| TL/AIP1/AIP2/WR        | E/E/E/E       | E/E/E/E       |
| Sentence yy-mm-dd      | 000-045-000   | 000-045-000   |
| Court docket#          | 20CR20866     | 20CR20866     |
| Dockt county/count     | JACK/05       | JACK/06       |
| Name of judge          | GREIF         | GREIF         |
| Date convicted         | 07/31/2020    | 07/31/2020    |
| Sentence begin dt.     | 08/04/2020    | 08/04/2020    |
| Time served credit     | 00091 Y       | 00091 Y       |
| GT-ET credit/Lost      | 00041         | 00041         |
| Inop/Merit GT          |               |               |
| MAX sent date          | 02/02/2024    | 02/02/2024    |
| SG earned date         | 12/23/2023    | 12/23/2023    |
| Proj rele/GT date      | 08/08/2023    | 08/08/2023    |
| Termination date       |               |               |
| Termination code       |               |               |
| PPS sent length        | 005-000-000   | 005-000-000   |

* * * * * * * * * * * * * E N D   O F   F A C E S H E E T * * * * * * * * * * * * *



## OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

Received
MAR 08
SRCI/RECORDS

TO: O I S C          Date: 3. 7. 2022

State your issue in detail: On 4.27.2017 I was convicted to serve a sentence of 30 months in the ODOC stated in reference on the institution Division facesheet Case # 16cr55829 –17cr05940 both ran concurrent Also Granting a total number of 130 (CF+S) Credit for time served (21 + 109). My sentence date started in ODOC on 5.18.2017 if were Accumulate would establish a max date of 11.18.19 start to finish Of 30 months Thus with the substruction of (CF+S) credit for time served would equate to a max date of 7.12.19 but was only given 25 days in which was 10.25.19 due to a 6.23.19 violation Found on a 6.27.19 hearing held by Case #: 1906 d 11 a 26 nofziger, j for whom on a final Judgement retracted 92–106 of what was mistakingly thought to be good time or earn time credit in which was actually credit for time serve which in Justice Caused me to live 106 days suffering a trematizing duration of detuntion. unconstitutionally and against (plra) litigation of due process now will be seek in court damages and losses 10 million or a direct deposit of Trust funds account of 1 37, 900 Suttle in Arbitration sign off.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Curtney Abney | 18214282 | Imp 34 |

Response/Action Taken:

You are discussing cases from a past incarceration period. Our department at Offender Information and Sentence Computation (OISC) has your current incarceration information and your past file is located at your institution. Therefore, I am unable to respond in as much detail as I would like. However, our computer system states that on 6/28/2019 you received a 92-day retraction. Five (5) days were retracted from your earned time on time served credit and 87 days from your earned time. This followed the Oregon laws and rules, is not unconstitutional and you were not overincarcerated.

Your current projected release date for this DOC admission is 8/8/2023.

Date Received: 3-8-22          Referred To*: 

Date Answered: 3-8-22          Signature of Staff Member: 
*If forwarded, please notify the AIC          CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

Received

MAR 08

SRCI/RECORDS

TO: __O I S C__                                     Date: __3. 7. 2022__

State your issue in detail: On 4.27.2017 I was convicted to serve a sentence of 30 months in the ODOC stated in reference on the institution Division facesheet Case # 16cr55829 -17cro5940 both ran concurrent Also Granting a total number of 130 (cf+s) credit for time served (21 + 109). My sentence date started in ODOC on 5.18.2017 if were Accumulate would establish a max date of 11.18.19 start to finish of 30 months Thus with the substruction of (cf+s) credit for time served would equate to a max date of 7.12.19 but was only given 25 days in which was 10.25.19 due to a 6.23.19 Violation found on a 6.27.19 hearing held by case # 1906 a like A 2u nofziger, j fn, whom on a final Judgement retracted 92-106 of what was mistakingly thought to be good time or earn time credit in which was actually credit for time serve, which, in Justice, caused me to live 106 days suffering a tramatizing duration of detention. unconstitutionally and against (plra) litigation of due process now will be seek in court damages and losses 10 million or a direct deposit to of Trust funds account of 137,900 Settle in Arbitration sign off.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Cortney Abney | 18214282 | IMA 34 |

Response/Action Taken: _Please see attached_

Date Received: __3-8-22__        Referred To*: _____

Date Answered: _____   Signature of Staff Member: __C. Brown (SI)__

*If forwarded, please notify the AIC

CD 214 (02/2020)